UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. 07-48 (EGS) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM F. POYNTER, | : | |
| JAMES FRANKLIN SMITH, and | : | |
| CHRISTOPHER COOK, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Gregory G. Marshall is entering his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    Jeffrey A. Taylor
    United States Attorney
    DC Bar No. 498610

    _____
    Gregory G. Marshall
    Assistant United States Attorney
    CT Bar No. 409959
    555 4th Street, NW, Room 4126
    Washington, DC 20530
    (202) 353-7557

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing notice has been sent to Dani Jahn, Esq. (counsel for Mr. Poynter), Thomas Abbenante, Esq. (counsel for Mr. Smith), and Cynthia Katkish, Esq. (counsel for Mr. Cook), this 13th day of March, 2007.

               _____
               Gregory G. Marshall
               Assistant United States Attorney