# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No. 07-048-3 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER COOK** | : | |

## PARTIES' JOINT MOTION TO SCHEDULE PLEA HEARING

_____The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, and the defendant, by and through his attorney, Cynthia Katkish, Esquire,

respectfully move the Court to schedule a plea hearing in this case on April 25, 2007.  In support of

this motion, the parties make the following points:

1.  The parties have successfully negotiated a plea agreement and are available for a plea

hearing on April 25.

2.  One of the parties has a prior commitment and will be out of the jurisdiction on April 24,

so, unfortunately, that date is not an option for the parties.

3.  Defense counsel Cynthia Katkish, Esq., joins in this motion.

WHEREFORE, the parties respectfully request that the Court schedule a plea hearing in this

matter on April 25, 2007.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

/s/

By: _____

Anthony Scarpelli
Gregory G. Marshall
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading and accompanying proposed order has been sent to counsel for the defendant, Cynthia Katkish, Esq., this 19th day of April, 2007.

/s/

_____
Gregory G. Marshall
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :   **Criminal Case No. 07-048-3 (EGS)** |
| **v.** | : |
| | : |
| **CHRISTOPHER COOK** | : |

## ORDER

Upon consideration of the Parties' Joint Motion to Schedule Plea Hearing, it is

HEREBY ORDERED that the motion is GRANTED.  Accordingly, the parties will

appear before the Court for a plea hearing at _____ on April 25, 2007.

SIGNED this _____ day of April, 2007.


_____
EMMET G. SULLIVAN
United States District Judge


Copies to:

Anthony Scarpelli, Esq.
Gregory G. Marshall, Esq.
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530

Cynthia Katkish, Esq.
601 Pennsylvania Ave., N.W.
South Building, Suite 900-S, PMB 221
Washington, D.C. 20004